**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| HARRY D. LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:10-cv-67-WTL-TAB |
| ) | |
| CLEMMET P. SHACKS, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

**I.**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. A **copy** of the complaint (dkt 5) **shall be included** with the distribution of this Entry.

2. The complaint violates the joinder of claims limitation of the *Federal Rules of Civil Procedure*. In *George v. Smith*, 507 F.3d 605 (7th Cir. 2007), the Court of Appeals explained that such a nonconforming complaint must be "rejected." "Unrelated claims against different defendants belong in different suits." *Id.* at 607. Instead, Rule 18 allows joinder of multiple parties only when the allegations against them involve the same conduct or transaction and common questions of fact and law as to all defendants. The violation here consists of the diversity of claims against the multitude of defendants. Accordingly, the complaint is "rejected." The plaintiff shall have **through May 7, 2010,** in which to **file an amended complaint** which does not violate Rule 18.

3. The amended complaint, if filed, shall: (1) comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . "; (2) comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; and (3) shall identify what legal injury the plaintiff claims to have suffered and what persons are responsible for each such legal injury.

**II.**

Because of the ruling in Part I of this Entry, the plaintiff's motion for preliminary injunction and temporary restraining order (dkt 6) is **denied** without prejudice.

**IT IS SO ORDERED.**

Date: 04/14/2010

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Harry D. Lowe
Reg. No. 08637-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**